Tuesday, July 18, 2017

No. 17–0392/AF.   U.S. v. Robert A. Condon.   CCA 38765.   On consideration of Appellant's motion for appellate discovery filed June 12, 2017, motion to attach documents and motion to submit supplemental assignment of error filed June 14, 2017, motion to attach documents filed June 19, 2017, motion to file motion to attach documents under seal, and motion to attach documents filed under seal filed June 21, 2017, it is ordered that said motions are hereby denied.

Wednesday, July 19, 2017

No. 17–0306/AF.   U.S. v. Joseph A. Pugh.   CCA 2016–11.   On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that the petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN FINDING THAT AFI 90–507 SERVES NO VALID MILITARY PURPOSE AND DISMISSING THE ADDITIONAL CHARGE AND ITS SPECIFICATION.

Although ordinarily an appeal pursuant to Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2012), does not require additional pleadings, because the granted issue differs from the assigned issue, additional briefing is necessary. *See* CAAF Rules 19(a)(7)(A) and 25.   Accordingly, Appellant's brief on this issue shall be filed within 20 days of the date of this order.   Appellee's brief shall be filed within 20 days of the filing of Appellant's brief.   A reply may be filed by Appellant within 5 days of Appellee's brief.   Absence extraordinary circumstances, extensions of time to file the briefs will not be granted.